Patent Claims at Issue on Construction

*Contested Language Highlighted*

| Claim Language | Claim Element Diagram |
|---|---|
| 1. An apparatus for removeably retaining an antenna in a reference position that is in reference to | |
| [i][1] a back wall of the antenna during alignment of the antenna, said apparatus comprising: | Antenna Back Wall |
| a) a bracket incorporating | |

---

[1]  Parsed by addition of roman numeral subpart designators in brackets.

# Exhibit C

| | |
|---|---|
| [ii] a <mark>bracket arm being conformable to one or more walls of the antenna</mark>, including at least the |  |
| [i] back wall of the antenna, and | |
| [iii] a <mark>mounting brace substantially perpendicular to the bracket arm</mark>; | |

| | |
|---|---|
| b) a securing means attached to the bracket, said securing means being operable to retain the antenna in the reference position and including |  |
| [iv] an adjustable flexible strap conformable to one or more of the | |

| [v] front and |  |
| --- | --- |
| [vi] side walls of the antenna, and | |

| | |
|---|---|
| [vii] a tightening mechanism operable to tighten and release |  |
| [iv] the flexible strap to ==an appropriate tension in relation to the antenna==; and | |

| | |
|---|---|
| c) an alignment device attached to the [iii] mounting brace, said alignment device being moveable to a variety of positions, and said alignment device being operable to align the antenna and to determine the alignment of the antenna with reference to the back wall of the antenna. |  |
| 2. The apparatus of claim 1, wherein the arm is <mark>at least as long as the width of the back wall of the antenna</mark>. |  |

| | |
|---|---|
| 4. The apparatus of claim 1, wherein the bracket is in contact with one side wall of the antenna, and ==the bracket conforms to the one side wall of the antenna.== |  |
| 15. The apparatus of claim 1, wherein the arm is sufficiently long along the back wall of the antenna to maintain alignment accuracies. | |