Chart of Claim Construction Positions

*Contested Language Highlighted*

| Claim Language | Claim Element Diagram | Plaintiff's Position | Defendant's Position |
|---|---|---|---|
| 1. An apparatus for removeably retaining an antenna in a reference position that is in reference to | | | |
| [i][1] a back wall of the antenna during alignment of the antenna, said apparatus comprising: | Antenna Back Wall | | |
| a) a bracket incorporating | | | |

---

[1] Parsed by addition of roman numeral subpart designators in brackets.

# Exhibit D

| | | | |
|---|---|---|---|
| [ii] a bracket arm being conformable to one or more walls of the antenna, including at least the | Bracket Arm | No construction needed.<br><br>To the extent that the Court believes it necessary to construe this term, it should be given its plain and customary meaning: a bracket arm" "corresponding or consistent in form"[2] to "one or more of the front and side walls of the antenna." | The phrase is indefinite for failing to specify the characteristics of a particular antenna.<br><br>**Alternative:**<br>The term conform means so as to give the same shape, outline, or contour. [3]<br><br>Accordingly, the phrase is construed as a "bracket arm being flexible so as to give the same shape, outline, or contour as one or more walls of the antenna." |
| [i] back wall of the antenna, and | | | |

---

[2] Online  Merriam-Webster definition.
[3] Online  Merriam-Webster definition.

| | | | |
|---|---|---|---|
| [iii] a <mark>mounting brace substantially perpendicular to the bracket arm</mark>; | Mounting Brace / Bracket Arm | No construction needed.<br><br>To the extent that the Court believes it necessary to construe this term, it should be given its plain and customary meaning: mounting brace more or less roughly perpendicular to the bracket arm. | Indefinite as to the plane of perpendicularity and the bounds of the term "substantially." |
| b) a securing means attached to the bracket, said securing means being operable to retain the antenna in the reference position and including | Securing Means Attached to Bracket / Bracket | | |

| | | | |
|---|---|---|---|
| [iv] an ==adjustable flexible strap conformable to one or more of the== [v] ==front and== [vi] ==side walls of the antenna==, and |  | No construction needed.<br><br>To the extent that the Court believes it necessary to construe this term, it should be given its plain and customary meaning: (i) a strap that is at the same time (ii) adjustable in length, and (iii) conformable ("corresponding or consistent in form") "to one or more of the front and side walls of the antenna" | The term conform means so as to give the same shape, outline, or contour. See "conformable" modifying bracket arm above. |
| [vii] a tightening mechanism operable to tighten and release | | | |

| | | | |
|---|---|---|---|
| [iv] the flexible strap to an <mark>appropriate tension in relation to the antenna</mark>; and | Tightening Mechanism | No construction needed.<br><br>To the extent that the Court believes it necessary to construe this term, it should be given its plain and customary meaning:<br>an amount of tension bearing against an antenna to effect its function of "removably retaining an antenna in a reference position… to a back wall of the antenna" (claim1) | The phrase is indefinite for failing to specify the characteristics of a particular antenna and the bounds of the term "appropriate tension." |
| c) an alignment device attached to the [iii] mounting brace, said alignment device being moveable to a variety of positions, and said alignment device being operable to align the antenna and to determine the alignment of the antenna with reference to the back wall of the antenna. | Alignment Device Tightening Mechanism | | |

| | | | |
|---|---|---|---|
| 2. The apparatus of claim 1, wherein the arm is at least as long as the width of the back wall of the antenna. | Arm / Antenna Back Wall | No construction needed.<br><br>To the extent that the Court believes it necessary to construe this term, it should be given its plain and customary meaning:<br>arm is at least as long as the short side of the back wall of the antenna. | The phrase is indefinite for failing to specify the characteristics of a particular antenna. |
| 4. The apparatus of claim 1, wherein the bracket is in contact with one side wall of the antenna, and the bracket conforms to the one side wall of the antenna. | Bracket / Side Wall of Antenna | No construction needed.<br><br>To the extent that the Court believes it necessary to construe this term, the word conform should be given its dictionary definition[4]: "to be similar or identical," resulting in the construction:<br>--the bracket being consistent in form to the one side wall of the antenna.-- | The phrase is indefinite for failing to specify the characteristics of a particular antenna.<br><br>Alternative Definition:<br>The term conform means so as to give the same shape, outline, or contour.<br><br>The phrase is construed as a "bracket being flexible so as to give the same shape, outline, or contour as one side wall of the antenna." |

_____

[4] Online definition of "conform" in the Merriam-Webster dictionary.

| | | | |
|---|---|---|---|
| 15. The apparatus of claim 1, wherein the arm is <mark>sufficiently long along the back wall of the antenna to maintain alignment accuracies</mark>. |  Arm<br>Antenna Back Wall | No construction needed.<br><br>To the extent that the Court believes it necessary to construe this term, it should be given its plain and customary meaning: "sufficiently long along the back wall of the antenna to maintain alignment accuracies" to effect its function of "retaining an antenna in a reference position… to a back wall of the antenna" (claim1) | The phrase is indefinite for failing to specify the characteristics of a particular antenna and the bounds of the terms "sufficiently long" and "alignment accuracies." |