Case 6:17-cv-00761-GAP-DCI          Document 103-5          Filed 06/30/17          Page 1 of 6 PageID
1092



JOIN MWU | GAMES | BROWSE THESAURUS | MORE ˅

SINCE 1828

conformable                                    ✕

DICTIONARY                    THESAURUS

chrome

Download Now

Exhibit E



JOIN MWU | GAMES | BROWSE THESAURUS | MORE ∨

conformable

DICTIONARY              THESAURUS



*adjective*  |  con·form·able  |  \kn- for-m -b l\

Popularity: Bottom 30% of words

**Examples: CONFORMABLE** in a Sentence ∨

## Definition of CONFORMABLE

1 :

   corresponding or consistent in form or character  • conduct *conformable* to their principles

2 :

   SUBMISSIVE, COMPLIANT

   • be patient and *conformable* to my directions — Sir Walter Scott

3 :

   following in unbroken sequence —used of geologic strata formed under uniform conditions

   —**conformably**    \kn- for-m -blē\ *adverb*

### NEW!

First Known Use: 15th century

**SEE WORDS FROM THE SAME YEAR**

See *conformable* defined for kids

## Indulge Your Inner Word Nerd

### WORD OF THE DAY

# tristful

sad or melancholy

Get Word of the Day daily email!

Your email address        **SUBSCRIBE**



### TRENDING NOW

**1**  bona fide
   Made in good faith

**2**  surrogate mother
   From TMZ to the dictionary.

**3**  zealot
   A fanatical partisan

**4**  stonewall



SINCE 1828

conformable

DICTIONARY          THESAURUS

to be uncooperative, obstructive,…

**5  scurrilous**
Containing obscenities, abuse, or…

SEE ALL

**BROWSE DICTIONARY**

## Examples of CONFORMABLE in a Sentence

one of the more *conformable* inmates in a prison that's filled with unruly ones

conform

conformability

### conformable

conformably

conformal


The Story of Your Surname
ancestry.com/Last-Names
Enter your last name to find out.

## First Known Use of CONFORMABLE

15th century

**SEE WORDS FROM THE SAME YEAR**
## NEW!



## CONFORMABLE Synonyms

Synonyms
amenable, biddable, compliant, obedient, docile, law-abiding, submissive, tractable

Antonyms

**WORD GAMES**

Take a 3-minute break and test your skills!



Which is a synonym of **garner**?

| accumulate | aggrieve |
| animate | ameliorate |

## Learn More about CONFORMABLE

See words that rhyme with *conformable*
Thesaurus: All synonyms and antonyms for *conformable*


Test your vocabulary with our 10-question quiz!
**TAKE THE QUIZ**



JOIN MWU | GAMES | BROWSE THESAURUS | MORE ⌄

SINCE 1828

**Heard**

conformable



Test Your Knowledge - and learn some interesting things along the way. ✕

DICTIONARY    THESAURUS    **TAKE THE QUIZ**

...de you want to look up *conformable*? Please tell us where you read or heard it (including the quote, if possible).

**+ SHOW** 7 COMMENTS

# Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

## WORDS AT PLAY



### 'Patriot' Hasn't Always Been Positive

The word has roots in a religious rivalry



### 'Negging' Moves Beyond The Bar

Not just for pick-up artists anymore



### In Tech, What Does 'K' Mean?

A buzzword with a long history.



### When To Use 'Specious' vs. 'Spurious'

These similar words are not        ...

## ASK THE EDITORS







Conformable | Definition of Conformable by Merriam-Webster          Page 5 of 6
Case 6:17-cv-00761-GAP-DCI      Document 103-5      Filed 06/30/17      Page 5 of 6 PageID
1096



JOIN MWU  |  GAMES  |  BROWSE THESAURUS  |  MORE ⌄

**Merriam-Webster**

SINCE 1828

DICTIONARY

THESAURUS



**Is it wrong to use 'decimate' to mean 'destroy'?**

Conformable

Language changes



**Irregardless**

It is in fact a real word
(but that doesn't mean...

✕



**Weird Plurals**

One goose, two geese.
One moose, two... ...

## WORD GAMES

### June 2017 Words of the Day Quiz

Summer's first WOTD quiz.

**TAKE THE QUIZ**

### Yearbook Superlatives Quiz

Is that your picture under "Largest     ...

**TAKE THE QUIZ**

### How Strong Is Your Vocabulary?

Test your vocabulary with our 10-question...

**TAKE THE QUIZ**

### Bee Cubed

Listen to the words and spell through all...

**PLAY THE GAME**

**Learn a new word every day. Delivered to your inbox!**

Your email address

SUBSCRIBE

### OTHER MERRIAM-WEBSTER DICTIONARIES

SPANISH CENTRAL

LEARNER'S ESL DICTIONARY

WORDCENTRAL FOR KIDS

VISUAL DICTIONARY

SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

BRITANNICA ENGLISH - ARABIC TRANSLATION

NGLISH - SPANISH-ENGLISH TRANSLATION

### FOLLOW US

Case 6:17-cv-00761-GAP-DCI     Document 103-5     Filed 06/30/17     Page 6 of 6 PageID
1097



JOIN MWU | GAMES | BROWSE THESAURUS | MORE ⌄

SINCE 1828

conformable                                    ✕

Dictionary: A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

DICTIONARY                    THESAURUS

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | About Our Ads | Contact Us |

The Open Dictionary | Word of the Year | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2017 Merriam-Webster, Incorporated