Home  /  Building Materials  /  Moulding & Millwork  /  Brackets & Braces  /  Brackets

Model # BKTM02X08X08HACRS       Internet #204069914       Store SO SKU #1000361388



Share          Save to List          Print

### Ekena Millwork

# 8 in. x 2 in. x 8 in. Steel Unfinished Metal Hamilton Bracket

★★★★★     Write the first Review     Questions & Answers (5)

## $27.25 /each

## Choose Your Options

**Metallic**

Width x Height x Depth

| 2 in. x 8 in. x 8 in. |

Quantity    −    1    +

---

| **Not in Your Store - We'll Ship It There** | **We'll Ship It to You** |
|---|---|
| Add to Cart | Add to Cart |
| We'll send it to Norwalk for free pickup | Free Shipping on $45 order |
| Available for pickup **July 5 - July 10** | Get it by **July 6** |
| Check Nearby Stores | See Shipping Options |

| Or buy now with | We're unable to ship this item to: AK, GU, HI, PR, VI | **Easy returns in store and online** Learn about our return policy |
|---|---|---|

## Product Overview

Steel brackets add an elegant look to your home while also providing support. Steel brackets can be used for a number of different uses including countertop, shelf, and cabinetry applications. Pre-drilled holes make installation a breeze.

- 1/4 in. Material thickness
- Long-lasting steel insures durability
- Pre-drilled mounting holes for easy installation
- Can be used to support granite countertops
- Perfect for countertop and shelf applications

### Info & Guides

Installation Guide

You will need Adobe® Acrobat® Reader to view PDF documents. Download a free copy from the Adobe Web site.

# Exhibit F

Case 6:17-cv-00761-GAP-DCI     Document 103-6     Filed 06/30/17     Page 2 of 2 PageID
1099

## Specifications

### Dimensions

| | | | |
|---|---|---|---|
| Product Depth (in.) | 8 | Product Width (in.) | 2 |
| Product Height (in.) | 8 | | |

### Details

| | | | |
|---|---|---|---|
| Application | General Purpose | Paintable/Stainable | No |
| Color Family | Metallic | Pattern Number | 205132.0 |
| Color/Finish | Metallic | Prefinished | No |
| Flexible | No | Returnable | 90-Day |
| Installation Type | Nail | Rot Resistant | Yes |
| Interior/Exterior | Interior/Exterior | Termite Resistant | Yes |
| Material | Metal | Width x Height x Depth | 2 in. x 8 in. x 8 in. |
| Moisture Resistant | No | | |

### Warranty / Certifications

| | |
|---|---|
| Manufacturer Warranty | None |

How can we improve our product information? Provide feedback.