Case 6:17-cv-00761-GAP-DCI     Document 103-7     Filed 06/30/17     Page 1 of 3 PageID 1100

Google

cellphone antennas on towers

| All | **Images** | Shopping | Videos | News | More | | Settings | Tools | | SafeSearch |

Did you mean: *cell phone* antennas on towers



# Exhibit G

Case 6:17-cv-00761-GAP-DCI     Document 103-7     Filed 06/30/17     Page 2 of 3 PageID 1101

   

  

    

    

Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers

Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers

Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers     Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

Image result for cellphone antennas on towers

antennas on towers