SINCE 1828    MENU



# conform

*verb* | con·form | \k n- form\

Popularity: Top 20% of words

**Examples: CONFORM** in a Sentence ⌄

**Editor's Note:** Did You Know? ⌄

**Tip:** Synonym Guide ⌄

## Definition of CONFORM

### transitive verb

:
 to give the same shape, outline, or contour to

:
 bring into harmony or accord • *conform* furrows to the slope of the land

### intransitive verb

1 :
   to be similar or identical; *also*

  :
   to be in agreement or harmony —used with *to* or *with* • changes that *conform* with our plans

# Exhibit H



SINCE 1828    MENU

**a**
:
to be obedient or compliant —usually used with *to*  •  *conform* to another's wishes  •  The building doesn't *conform* to local regulations.

**b**
:
to act in accordance with prevailing standards or customs  •  the pressure to *conform*

—**conformer** *noun*

—**conformism**    \k  n- for- mi-z  m\ *noun*

—**conformist**    \k  n- for-mist\ *noun or adjective*

## NEW!

First Known Use: 14th century

**SEE WORDS FROM THE SAME YEAR**

See *conform* defined for English-language learners

See *conform* defined for kids

## People Are Reading





Case 6:17-cv-00761-GAP-DCI     Document 103-8     Filed 06/30/17     Page 3 of 14 PageID 1105

  

**'Patriot' Hasn't Always Been Positive**

**June 2017 Words of the Day Quiz**

**Trending: SCOTUS: 'Bona Fide' relationships**

## Examples of CONFORM in a Sentence

Most teenagers feel pressure to *conform*.

the list *conforms* with the contents of the trunk

## Recent Examples of CONFORM from the Web

Under city zoning regulations, any property out of compliance with a zoning law that reopens within six months of closing is allowed to continue operating despite the property not *conforming* to the law.

> — Kevin Litten, *NOLA.com*, "Bourbon Street could get new strip club as City Council weighs moratorium", 2 June 2017

This is a man who scripts everything, typically months in advance, and expects others around him to do the same — and then to make circumstances yield and *conform* to his script instead of vice versa.

> — Vahe Gregorian, *kansascity*, "Vahe Gregorian: For once, control eludes Bill Snyder", 2 June 2017

Think about what the enforcement of bathroom issues is going to look like, and how that's going to contribute to the criminalization of trans and gender non-*conforming* people.

> — Maura Ewing, *The Atlantic*, "'We, Too, Are Targets of Police Violence'", 1 June 2017

Case 6:17-cv-00761-GAP-DCI    Document 103-8    Filed 06/30/17    Page 4 of 14 PageID
1106

SINCE 1828    MENU

*These example sentences are selected automatically from various online news sources to reflect current usage of the word 'conform'. Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.*

## Did You Know?

*Conform,* with its prefix *con-*, "with" or "together", means basically "to adopt the form of those around you". Thus, employee behavior must usually conform with basic company policies. A certain philosophy may be said to conform with American values (even if we sometimes have a hard time agreeing on exactly what those are). And a Maine Coon cat or a Dandie Dinmont terrier must conform to its breed requirements in order to be registered for breeding purposes. Being a *conformist* is usually a safe bet; being a *nonconformist,* who ignores society's standards and the whole idea of *conformity,* can be a bit dangerous but also sometimes more fun.

## Origin and Etymology of CONFORM

Middle English, from Anglo-French *conformer*, from Latin *conformare*, from *com-* + *formare* to form, from *forma* form

## NEW!

First Known Use: 14th century

**SEE WORDS FROM THE SAME YEAR**

## CONFORM Synonyms

Case 6:17-cv-00761-GAP-DCI    Document 103-8    Filed 06/30/17    Page 5 of 14 PageID 1107



SINCE 1828    MENU

## Synonym Discussion of CONFORM

ADAPT, ADJUST, ACCOMMODATE, CONFORM, RECONCILE mean to bring one thing into correspondence with another. ADAPT implies a modification according to changing circumstances. • *adapted* themselves to the warmer climate ADJUST suggests bringing into a close and exact correspondence or harmony such as exists between parts of a mechanism. • *adjusted* the budget to allow for inflation ACCOMMODATE may suggest yielding or compromising to effect a correspondence. • *accommodated* his political beliefs in order to win CONFORM applies to bringing into accordance with a pattern, example, or principle. • refused to *conform* to society's values RECONCILE implies the demonstration of the underlying compatibility of things that seem to be incompatible. • tried to *reconcile* what he said with what I knew

## CONFORM Defined for English Language Learners



*verb*

## Definition of CONFORM for English Language Learners

Case 6:17-cv-00761-GAP-DCI     Document 103-8     Filed 06/30/17     Page 6 of 14 PageID 1108



SINCE 1828   MENU

similar to or the same as something

:

to obey or agree with something

:

to do what other people do

:

to behave in a way that is accepted by most people

## CONFORM Defined for Kids

# conform

*verb* | con·form | \k n- form\

## Definition of CONFORM for Students

**conformed;   conforming**

1   :   to make or be like :   AGREE, ACCORD   • The weather *conforms* to the recent pattern.

2   :   COMPLY   • Every student needs to *conform* to school rules.

### Word Root of CONFORM

The Latin word *forma*, meaning "form" or "shape," gives us the root **form**. Words from the Latin *forma* have something to do with shape. The **form** of a person or thing is its shape. To con**form** is to fit in with others in form, shape, or manner. Something **form**al, such as dinner, follows a

Case 6:17-cv-00761-GAP-DCI    Document 103-8    Filed 06/30/17    Page 7 of 14 PageID
1109

 SINCE 1828  MENU      **Law Dictionary**

# conform

*intransitive verb*  |  con·form  |  \k n- form\

## Legal Definition of CONFORM

: to be in accordance : correspond in character; *specifically* : to be in accordance with the provisions of a contract

> — **conformance** \k n- for-m ns\      *noun*

> — **conformity** \k n- for-m -tē\      *noun*

## Learn More about CONFORM

Thesaurus: All synonyms and antonyms for *conform*
Spanish Central: Translation of *conform*
Nglish: Translation of *conform* for Spanish speakers
Britannica English: Translation of *conform* for Arabic speakers

Case 6:17-cv-00761-GAP-DCI     Document 103-8     Filed 06/30/17     Page 8 of 14 PageID
1110

**Seen and Heard** SINCE 1828 MENU

made you want to look up *conform*? Please tell us where you read or heard it (including the quote, if possible).

**+ SHOW** 21 COMMENTS

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---

### WORD OF THE DAY

# culminate

to reach the highest or a decisive point

Get Word of the Day daily email!

| Your email address | SUBSCRIBE |

### TRENDING NOW

**1** bona fide
Made in good faith

**2** surrogate mother
From TMZ to the dictionary.

**3** zealot
A fanatical partisan

**4** stonewall
to be uncooperative, obstructive, or evasive

Case 6:17-cv-00761-GAP-DCI     Document 103-8     Filed 06/30/17     Page 9 of 14 PageID
1111



**scurrilous**

SINCE 1828   MENU

containing obscenities, abuse, or slander

**SEE ALL**

---

## BROWSE DICTIONARY

confocal

confocally

# conform

conformability

conformable

---

## WORD GAMES

Take a 3-minute break and test your skills!



Which is a synonym of **garner**?

| | |
|---|---|
| accumulate | ameliorate |
| aggrieve | animate |



Test your visual vocabulary with our 10-question challenge!

**TAKE THE QUIZ**



Test Your Knowledge - and learn some interesting things along the way.

**TAKE THE QUIZ**

## WORDS AT PLAY



### 'Patriot' Hasn't Always Been Positive

The word has roots in a religious rivalry



### 'Negging' Moves Beyond The Bar

Case 6:17-cv-00761-GAP-DCI    Document 103-8    Filed 06/30/17    Page 11 of 14 PageID
1113



SINCE 1828    MENU

Not just for pick up artists



## In Tech, What Does 'K' Mean?

A buzzword with a long history.

### ASK THE EDITORS



## How Often Is 'Biweekly'?

Don't get us started on 'bimonthly'



Case 6:17-cv-00761-GAP-DCI    Document 103-8    Filed 06/30/17    Page 12 of 14 PageID 1114



Merriam-Webster  SINCE 1828  MENU

## Is it wrong to use 'decimate' to mean 'destroy'?

Language changes



## Irregardless

It is in fact a real word (but that doesn't mean you should use it).

## WORD GAMES



## June 2017 Words of the Day Quiz

Summer's first WOTD quiz.

 SINCE 1828   MENU

**TAKE THE QUIZ**



## Yearbook Superlatives Quiz

Is that your picture under
"Largest Vocabulary"?
**TAKE THE QUIZ**



## Name That Thing

Test your visual vocabulary with
our 10-question challenge!
**TAKE THE QUIZ**

## Learn a new word every day. Delivered to your inbox!

Your email address

Case 6:17-cv-00761-GAP-DCI    Document 103-8    Filed 06/30/17    Page 14 of 14 PageID 1116



**OTHER MERRIAM-WEBSTER DICTIONARIES**

SINCE 1828  MENU

SPANISH CENTRAL

LEARNER'S ESL DICTIONARY

WORDCENTRAL FOR KIDS

VISUAL DICTIONARY

SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

BRITANNICA ENGLISH - ARABIC TRANSLATION

NGLISH - SPANISH-ENGLISH TRANSLATION

**FOLLOW US**

Browse the Dictionary:   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z

0-9

Home  |  Help  |  Apps  |  About Us  |  Shop  |  Advertising Info  |  Dictionary API  |  About Our Ads  |

Contact Us  |  The Open Dictionary  |  Word of the Year  |  Law Dictionary  |  Medical Dictionary  |

Privacy Policy  |  Terms of Use

Browse the Thesaurus  |  Browse the Medical Dictionary |  Browse the Legal Dictionary |

Browse the Spanish-English Dictionary

© 2017 Merriam-Webster, Incorporated