UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

-----------------------------------------------
                                                 )
MULTIWAVE SENSORS, INC.,     )
     Plaintiff,                     )
                                               )
       v.                            )
                                               )     Case No: 6:17-cv-761-Orl-31DCI
SUNSIGHT INSTRUMENTS, LLC, )
     Defendant.                 )
                                             )
-----------------------------------------------

RESPONSE TO ORDER TO SHOW CAUSE AND
MOTION TO ALLOW FILING OF FORMAL DOCUMENTS

      As counsel to plaintiff in the above identified matter the undersigned moves respecting the court's order to show cause (Doc. 124) to be permitted to complete the formalities of settling the above-identified case and further moves for the adjournment of the hearing set for January 12, 2018.

      At the outset, I apologize to the Court for not being present at the hearing scheduled for December 29, 2017.

      Prior to the hearing, the parties had reached agreement on all principal terms and, indeed, had worked out a settlement agreement. Since then, that same settlement agreement has been signed by the plaintiff and the defendant.

      In view of the imminent settlement of the above lawsuit, I sought to minimize costs and attorneys fees to my client. Accordingly, the motion to compel was not opposed. Indeed, the documents had been prepared and compliance, should that become necessary, was not contested. In addition, to avoid unnecessary expense I asked opposing counsel to represent the court that the case has been settled and request that I be granted permission to appear by telephone. I also sought to appear by telephone

because of health issues, insofar as I am 69 years old and benefit by minimizing airplane travel.

In any case, no offense to the court was meant. I was only seeking to minimize trouble and inconvenience in a case which was essentially resolved.

Respecting the issue of my admission in this case, when the cases were before Judge Presnell, it was noted that the two cases were substantively identical, Multiwave versus Sunsight being an action for patent infringement in which infringement and validity were contested, and Sunsight versus Multiwave was an action for declaratory judgment of non-infringement and invalidity, both involving exactly the same products, for exactly the same time period, for exactly the same parties. Accordingly, the court decided that the cases would be essentially merged, as being one in the same case. It was indicated during the hearing that the mechanism would be arbitrary, as the substance was that the cases were identical. I understood that the merging of the cases left me admitted in the merged matter. That understanding certainly was confirmed by the fact that I received all filings that were made in the case, and there were about two dozen of them. Frankly, the undersigned was surprised to be advised that there was no admission, and the failure was completely unintentional.

Respecting the retention of local counsel, Mr. Fritz Scheller, was acting as local counsel for plaintiff, and has been consulted regularly respecting local practice, though this issue did not come up until last week.

Accordingly, the undersigned respectfully request the court to accept his apology for the inconvenience caused, and allow the undersigned to complete the formalities closing the case, now that the parties have executed the agreement which was in process at the time of the last hearing.

Dated January 9, 2018					Respectfully submitted,

Anthony H. Handal
Handal & Morofsky, LLC
*Admitted Pro Hac Vice in the companion case*
83 East Avenue
Third Floor
Norwalk, CT 06851
917-880-0811

Email:
handal@HandalGlobal.com